UNITED STATE DISTRICT COURT, FOR THE DISTRICT OF COLUMBIA

FILED
NOV 0 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Sultan John R. Stewart, El-Bey Et. Al..
P.O. Box 2490
Sanford, N.C. 27330

Case: 1:07-cv-01974
Assigned To : Unassigned
Assign. Date : 11/02/2007
Description: PRO SE GEN. CIVIL

Petitioner,

COMPLAINT
Fed. Rule 3

..Vs..

Governor Mike Easley
Attorney-General Roy Cooper
Secretary Of Corrections Theodis Beck,
Et. Al....
Department Of Justice, 9001 Mail Service Center
Raleigh, N.C. 27699-9001

RECEIVED
SEP 28 2007
NANCY MAYER WHITTINGTON, CLERK

Defendant's,

NowComes, Sultan John R. Stewart, El-Bey in pursuant to laws and rights that might grant a form of relief. Concerning this complaint that with the process of law, under the color code of law. Justice might willingly comply therein, at law.. So that the United States Constitution be the essential element of establishing the truth upon the square of justice... Before keepers of Justice in the Honorable U.S. District Court

(1)

CON'T

For The District Of Columbia. So that my color or creed don't hinder this process, at law... Where each defendant be held accountable in their official capacity in plain-view beyond any reasonable doubt under oath before this said government and it's subjects...

"Please Share a moment of Silence for there we've lost in 2000AD until now..."

STATEMENT OF FACTS:

For the record my name is, Sultan John R. Stewart, El-Bey I currently reside within the walls of the, North Carolina Department Of Corrections... I'm a person of, Moorish descent who's been deprived of my birthright of nationality, inwhich has cause great problem for the above defendants who sought to hinder me and my family in many ways, in effort to stop our quest for life by providing the due process of law because of the dark-hue, of my skin. Inwhich I, will show beyond doubt before the honorable court therein these pages of this legal document... I, seek my right under treaties, charters, resolutions, articles, amendments to invoke any good format of law that don't discriminate against me or my family and there who've lost their loveones... But, yet there a major issue concerning the diversity of my citizenship before this said government, where the original jurisdiction pertaining my status under treaties made with this said said government concerning me and my family... So I, request that the honorable United States District Court, For the District Of Columbia would grant "title 15 U.S.C. 7701c(3)" as a person residing outside of, United States...

Petitioner bring forth at this time

(2)

("DX-7")

with data and information concerning each defendants failure to uphold their oath of office to this said government and it's supports with acts of treason where each one breach his allegiance to this country which is the oath of office to the people. Clearly displaying a crime against the sovereign in order to provide comfort and support willingly to terrorist by withholding certain data and information. In the year of 2006 A.D., petitioner start his quest to proclaim lawfully his rights of nationality under the color code of law, pertaining to treaties. After being denied the right to counsel during his proceeding by his lawyer on the state level, where petitioner only as a ward of the state as tagged human chattle 3/5 of a person. Under the 3/5 compromise Act of 1774 A.D., Where today under the Commander and Chief of Army and Navy the state court are consider only "Collection agents" under Title 4 U.S.C. Section 2-4 which carry-out actionable fraud on the state level against petitioner and other Moorish people.

In the month of May on the 22nd day of 2001 A.D. petitioner filed a motion in order to address certain issues with the hopes of being granted a hearing which never happen. This motion was filed in the case of Justice Clarence Thomas which he received on May 24, 2001 A.D. under article number 7099-3400-0011-5467-2389 which should have been given the due process of law by being put in the hands of Clerk of Court to be file before the said government. Since petitioner sought forms of relief under the color of law 28 U.S.C. 1251 Since it would be consider the court which handle matter under article 3 Section 2

(3)

CONT.

article 6 Section 2 of the United States Constitution. But since petitioner was a person of color who sought to proclaim his nationality he was denied any laws of justice. Knowing he would be allow any rights without nationality before this government he sought help from the U.N. Human Rights Council only to endure a very long waiting process, still waiting today. But this didn't stop the desire to have his birthright of freedom under his vine and fig tree. During this time petitioner sought assistance from the above defendant's after having a spiritual visions that brought about much death in the land up until this very day. These visions gave insight into events of 2001 A.D. So petitioner request assistance from defendants and many others while providing data and information trying to do what would be consider right in the eyes of real productive people whom live within the ranks of society today. But each defendant only may thing bad for me with method of what is consider abusive treatment and methods of repercussion for reaching out to help fight against terrorism.

The above defendants would be best describe by reading, The Holy Bible, The Book of Ephesians Chapter 6 vrs. 10-13 it provide a better insight into the many reasons and facts why, they willingly help these terrorist kill five people with Anthrax by not turning data over to the proper people that was forward before hand. Alone with many others who will be show if investigation is allow by the honorable court only via-media. That would be the best way to show each

(4)

CON'T

fact in plain-view beyond doubt.

The Reason Why Relief Should Be Granted:
1) Each family ac the right to the due process of law?
2) All Statement can be proven by facts, film, etc..
3) I, was charge $9000.00 trying to stop the death of the last person under articles number 7099-3400-0011-5467-2167 and 7099-3220-0008-2215-7827 a few days later the last victim die...
4) Data a round the world yet to be seen about 9-11-01

Relief Sought:
1) I request investigation only via-media to show why these acts of terrorism was carry-out.
2) To have Rev. Al Sharpton, Willie E. Gary when meeting is set-up alone with assistance team and family members..
3) The reward to go, to the families of each victim..
4) All proceeding before the honorable court via-media
5) My birthright and Nationality and freedom also 19 million dollars if each statement bring forth arrest., And treaties with, U.S.A. United Nations alone with diplomatic status for my family.. While bring forth the truth and after the matter as been handle lifetime..
6) New investigation concerning 9-11-01 and contact with families before the start of investigation..
7) And freedom of my family under a "Charter For Life"

(5)

CON'T
Exhibits:
1) Letter to be file and copy forward with case number to, U.N. Secretary-General Banki-Moon, U.S. Interim Attorney-General Paul Clement, F.B.I. Director Robert Muller III so that everybody be held accountable for their oath and actions.
2) A letter seeking assistance.
3) Article about Anthrax
4) Requesting to provide data that would help, Mr. Hatfill
5) Requesting for investigation.
6) "     "       "       "
7) "     "       "       "
8) Investigative Review
9) Anthrax found after motion file on 11-14-01
   There's much more important data to be provide. Only if relief is granted...

CON'T

I, Sultan John R. Stewart, El-Bey hereby declare every statement therein is true and correct beyond doubt. And can be support with data. I, Sultan John R. Stewart, El-Bey seek a review with proper officials in carrying out investigation on behalf of the families who've lost their loveones, only via-media with my family members and our assistance team. So justice might be brought forth willingly under the color code of law without any regards of my color or breed. On this 25 day of in the year 2007; I, Sultan John R. Stewart, El-Bey confirm and affirm all facts therein before this said government...

Date: 9-25-07
Name: Sultan John R. Stewart, El-Bey
/S/ Sultan John R. Stewart, El-Bey
Address: P.O. Box 2440
Sanford, N.C. 27330

P.O. Box 2496
Sanford, N.C. 27330
9-24-07

U.N. Secretary-General Ban Ki-Moon
U.S. Interim Attorney-General Paul Clement
F.B.I. Director Robert Mueller III

RE: 7099-3400-0011-5767-2228;

In The Name Of, The Lord God, Most Wise, Most Powerful;
"Please share a moment of silence with us."

    To whomever this complaint might concern or pertain to, under the color code of law, Treaties, Charters, Resolutions, Constitutions, Articles, Amendments. I, Sultan John R. Stewart, El-Bey and my beloved family. The Moorish-Amexem Tribe Of Judah-Ha-Mo-Kei'tn embrace all, whom might embrace us with-in mind and heart regardless of our color or creed. At this time, we would like to join in the fight against terrorism? Only if we're not hinder because of our skintone, presently residing within the walls of the North Carolina Department Of Corrections as hostages.

    We have information that we would like to show the world concerning the events of 2001A.D. Only via media so that everyone who's caught conspiring with these terrorist by hiding or withholding information pertaining the deaths of five American subjects in 2001A.D. with the use of biological warfare "Anthrax" be lock-up without any delay only if it can be shown beyond

(1)

CON'T

reasonable doubt in plain-view for the world to see, only via-media so that those before and after fact of murder be held accountable for their actions toward this said government and it's subjection. Also this will allow the oath of blood to be display if these facts therein aren't true.. Sultan John L. Stewart, El-Bey will give his life before the world, without any delay carry-out by a, Mock-executioner only via-media.. Because he's dishonor his oath to our family and the people of, the world and should be held accountable for all his actions.. Willing under the color code of law! That's what I consider upright upon the square of truth, in which all those of sound minds and hearts agree upon... So, will you'll allow me and my family the opportunity to show our efforts we've put forth to assist in the fight against terrorism? Only to be hinder because of, the color of our skin! If so, then here are the needed arrangement and requirements that must be establish by the above gentlemen and our family, also other parties.

A) We request the release. of, Sultan John L. Stewart, El-Bey and Sultan William H. Suggs Sr. El-Bey alone with nine of, our family members. who names will be disclose at the meeting that's apart of our requirements..

B) The present of each victim family who were killed by these acts of terrorism.. So that they might be allow the due process of the color of law and be apart of this live investigation only via-media.. And no one is to be excuse from the process of law..

(2)

CON'T

C) These eleven family members will be place in the care of 7 U.N. Security Personnel alone with, 5 U.N. Human Rights Members. 7 Federal Marshals and Federal Prosecutor Patrick J. Fitzgerald, Congress Members Mel Watts and Nancy Pelosi. Alone with our assistance team members, Rev. Al Sharpton, Rev Jessee Jackson, Professor Angela Davis Of, American Univ., Attorney Willie E. Gary Of, Stuart Fla. Judge Olando Hudson Of Wake County. Laika Muhummad Of, W.N.C.T. T.V. News 9 Greenville, N.C. Ed Gordon Of, Washington D.C. B.E.T. T.V. Law Professors, Charles E. Daye, John Colmore, Marilyn V. Yarbrough Of, U.N.C. Chaple-Hill N.C. Professor Randall Kerry Of, Harvard School Of Law..

D) There must be a meeting of all the above requested people before the start of investigation.. So that everyone is aware of the color of law on the, international level, Federal level, State level leaving no stones unturn..

E) After the first five arrest our family members around the world will be release in our care.. With Financial assistance set aside in a bank account for our daily needs without any delay.. Also transportation and diplomatic status under treaties (and agreement with the, U.S.A., U.N. and other nations..

F) The reward for the arrest of these terrorist must be given to the victims families all accept 1 million dollars to be put into a bank account it the care Of, The Moorish-Amexem Tribe Of Judah Peace and Uplift Fund.. Also 7 million dollars in order to carry-out this investigation daily..

(3)

CON'T

Now last but not least the above article number under international laws and treaties.. was filed in, New York, New York on, September 17, 2001 at 2:48 P.M. before the Honorable Kofi Annan at, The United Nations Building where this same investigation was requested alone with other issues... Under the Color Code Of Laws and rights... So who will stand with us today in the fight against terrorism?

Sincerely,
Sultan John R. Stewart El-Rey
And
The Moorish-American Tribe Of Judah.
2007 A.D.

<br />

<br />

(4)

P.O. Box 215
Maury, N.C. 28554

To whom this letter might concern, my name is John R. Stewart, El-Bey I'm writing you at this time because I need assistance... In 2001 there was a terrorist attack upon the subjects of this said government leaving 17 people sick and 5 dead from Anthrax... Since that time I've sought to reach-out to the families in order to provide certain data that could be of a benefit in the process under the color code of law... Also requested to show who some of these people are who took part in the acts of terrorism by committing treason against this said government by hiding certain important data and files... Only via-media so the public might have a better chance to see the type of people we vote into certain offices of our government who have no regards of others., My question today will you support justice if truth can be shown without doubt? If so contact Congressman Mel Watts at (704) 334-9950 or Rev. J. Jackson at (773) 373-3366 so that we might bring these evildoers to justice with facts in plainview for the world to see if you agree? Share this data with others so it might reach the families of these 5 victims whom lost their lives to the madness of others greed... Will you help me? Open for all interviews with supporting files to be forward without any delay pertaining my quest for laws and rights...

Sincerely
John R. Stewart El-Bey

# Five years later, case of anthrax is no less a mystery

By PETER FRANCESCHINA
MCCLATCHY NEWSPAPERS

FORT LAUDERDALE, Fla. – When Bob Stevens, a tabloid photo editor in Boca Raton, Fla., died of anthrax poisoning five years ago, he became the first U.S. casualty in a new era of bioterrorism threats.

In the days and weeks to follow, four others who contracted anthrax through handling tainted mail died — two postal workers in Washington, a New York City hospital stockroom employee, and an elderly Connecticut woman. At least 17 others fell ill but survived during that uneasy autumn after the Sept. 11 attacks.

Whoever devised the deadly letters slipped back underground — there have been no anthrax mailings since. The attacker transformed the American consciousness, in part because a potential biological attack seemed remote until it became a reality.

Hoax letters once tossed in the trash without a thought now merit a full hazmat response. Biodefense is a government priority; billions of dollars are dedicated to it. Even as some experts say anthrax would be the easiest biological weapon for terrorists to deploy, others say the threat is low because of the difficulty in obtaining, producing and dispersing it.

What disturbs some bioterrorism experts is the lack of positive signs that the FBI will ever solve the mystery.

"Every year that passes, the probability of solving it becomes less and less," said Bill Patrick, a former military anthrax researcher. "It's been five years now. I don't see a solution forthcoming."

That uncertainty hangs over Maureen Stevens, who lost her husband of 27 years. Bob Stevens, 63, was hospitalized Oct. 2, 2001. He died three days later.

"I just want to know how it could happen, as much as how it happened, how easy it was for someone to do this," she said recently.

Though the investigation appears stalled, the FBI says the "Amerithrax" investigation remains a priority.

## Pool of suspects

The FBI initially focused on scientists who worked within U.S. biodefense programs with access to government strains of Ames anthrax and sophisticated labs.

It now appears the person or group behind the attacks didn't require highly specialized scientific training to manufacture the anthrax, potentially opening up a much larger pool of suspects. Some experts previously characterized the anthrax as "weaponized" to make its spores smaller, lighter and more deadly.

Douglas Beecher, an FBI scientist, recently published an article in Applied and Environmental Microbiology saying the spores didn't get special coatings to make them disperse more effectively.

The first batch of letters went to media outlets — the three major television networks and the New York Post in New York City, and to tabloid publisher American Media Inc. in Boca Raton, where Bob Stevens was a photo editor at the now-defunct The Sun.

That anthrax was not as refined as the spores in two letters postmarked Oct. 9 and sent to U.S. Sens. Tom Daschle and Patrick Leahy. The Senate letters also had higher concentrations of anthrax.

For a time, the FBI focused on former biological weapons researcher Steven Hatfill, whose apartment was searched twice in summer 2002, but no charges were filed. Hatfill is now suing the government.

## Biodefense spending

The anthrax mailings radically changed some government priorities, increasing biodefense spending from roughly $150 million in the late 1990s to about $7.5 billion last year, according to one study.

The U.S. Postal Service was forced to overhaul its mail handling by installing machines around the country to detect anthrax and biological agents.

Though progress has been made in preparing the nation for a biological attack, many experts say the country still is not ready for a small-scale attack, let alone an effective release of biological agents in an urban center.

"We have not yet demonstrated we get the antibiotics where we need to get them into the mouths of the people who need them," said Dr. Eric Toner, a senior associate with the University of Pittsburgh's Center for Biosecurity, who specializes in medical emergency preparedness.

"What we saw in 2001 was a minuscule attack with anthrax. A large attack would involve tens or hundreds of thousands of people," he said. "We have accomplished a lot in five years, but we have lot more to be done. I'm not satisfied that if we had an attack today we would be able to respond effectively."

*Peter Franceschina is a reporter at the South Florida Sun-Sentinel.*

## ANTHRAX TIMELINE

**2001**
**OCTOBER:** Anthrax is mailed to lawmakers on Capitol Hill and members of the news media in New York and Florida. By November, five people are dead and 17 others sickened.

**2002**
**JANUARY:** The Senate Office Building where anthrax-tainted letters were sent reopens after three months and fumigation. The FBI doubles the reward for help in solving the case to $2.5 million.
**JUNE:** The FBI is scrutinizing 20 to 30 scientists who might have been able to send the letters, a U.S. official says.
**AUGUST:** Law enforcement officials and Attorney General John Ashcroft call biowarfare expert Steven J. Hatfill a "person of interest" in the case.

**2003**
**JUNE:** The FBI drains a pond in Frederick, Md., in search of evidence. Frederick is home to the Army Medical Research Institute of Infectious Diseases, one of the main U.S. anthrax research centers. Nothing suspicious is found.
**AUGUST:** Hatfill sues Ashcroft and other government officials, accusing them of using him as a scapegoat and demanding that they clear his name.
**DECEMBER:** Postal workers begin moving back into Washington's main mail center.

**2004**
**FEBRUARY:** A white powder determined to be deadly poison ricin is found in an office of Senate Majority Leader Bill Frist. No one is hurt.
**AUGUST:** The FBI searches homes of Dr. Kenneth M. Berry, who founded a group to train medical staff in biological disasters. No charges are filed.
**JULY 13:** Hatfill sues The New York Times for defamation, claiming the paper ruined his reputation after a series of columns pointed to him as the culprit.

**2005**
**MARCH 10:** A sensor in the Pentagon mailroom indicates possible anthrax.
**MARCH 14:** An alarm at a second Pentagon mail facility indicates possible anthrax. Testing finds no anthrax in the Pentagon mailrooms.

**2006**
**MARCH 27:** Supreme Court declines to block Hatfill's suit against the Times.
THE ASSOCIATED PRESS

```
***********************
***   TX REPORT     ***
***********************

TRANSMISSION OK

TX/RX NO                    0597
CONNECTION TEL              17036841104
SUBADDRESS
CONNECTION ID
ST. TIME                    12/01 14:31
USAGE T                     00'30
PGS. SENT                   3
RESULT                      OK
```

# kinko's®    FAX COVER SHEET

321 East 10th Street • Phone 252-752-0875 • Fax 252-830-4709 • usa3003@kinkos.com

Date __12-01-03__
To: Name __Victor Glasbug__
Company _____
Telephone __/__
Fax __# 703-684-1104__

Number of Pages __3__ (including cover page)
From: Name __Sutton John P, El-Bay__
Company __And must EL__
Telephone _____
Comments _____

For the location nearest you, call
1-800-2-KINKOS or visit our web site at
www.kinkos.com

This fax was forward to Attorney Victor Glassenberg who was representing Dr. Steven J. Hatfill whom was identified by former Attorney-General John Ashcroft Wrongly. There was a file consist of 4 pages.

(2)



U.S. Department of Justice

*United States Attorney*
*Northern District of Illinois*

---

*Everett McKinley Dirksen Building*     (312) 353-5300
*219 S Dearborn St., 5th Floor*
*Chicago, IL 60604*

February 4, 2004

Michael W. Dobbins,
Clerk of the Court
U.S. District Court
Northern District of Illinois; Eastern Division
219 South Dearborn Street, Room 2044
Chicago, IL 60604

Dear Mr. Dobbins,

Please be advised we are sending the enclosed correspondence from John R. Stewart to your office, as it was sent to the U.S. Attorney's Office in error.

                          Very truly yours,

                          PATRICK J. FITZGERALD
                        United States Attorney

                   BY:   THE SCREENING COMMITTEE

Enclosure
cc: Sultan John R. Stewart, El-Bey
601 North 3rd Street
Bayboro, N.C.  28515

(3)



U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

111 Washington Avenue South
Suite 1100
Minneapolis, MN  55401
February 10, 2004

Mr. John R. Stewart El-Bey
and/or Mr. Kenneth Brown
Pamlico Correctional Facility
601 North 3rd Street
Bayboro, North Carolina  28515

Dear Mr. El-Bey and/or Mr. Brown:

    Your letters to Special Agent Rowley of this office (the Minneapolis Division of the FBI) have been received and reviewed.  Please understand that Agent Rowley does not have authority to initiate or conduct investigation except upon proper supervisory approval and in accordance with established Attorney General Guidelines and FBI policy.

    FBI agents assigned to a particular field division, such as the Minneapolis Field Division, may normally conduct investigation only within the territory of their particular division. Therefore, if you wish to furnish information to the FBI pertaining to criminal or terrorist activities, you should provide that information to the FBI Office nearest your location. No investigative action can be undertaken pertaining to your situation by personnel of the Minneapolis Division.

    We applaud your stated efforts to learn from your past mistakes, during your incarceration, and we hope that you will be successful in becoming a better person.

    Sincerely,

    Deborah Strebel Pierce
    Special Agent in Charge

By: *[signature]*
Richard L. Ostrom
Supervisory Special Agent

(4)



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

99 N.E. 4 Street
Miami, FL 33132
(305) 961-9000

April 19, 2004

Special Agent in Charge
Federal Bureau of Investigation
16320 N.W. 2nd Avenue
N. Miami Beach, FL 33169

    Re: Sulton John R. Stewart
        Terrorist acts and Anthrax threats

To whom it may concern:

Please find attached a letter for your review from Mr. Stewart. Stated in the letter are accusations of knowledge of terrorist acts and anthrax threats. Also attached is the letter sent to Mr. Stewart from the U.S. Attorney's office referring him to the Federal Bureau of Investigations.

If you have any questions, please do not hesitate to contact the undersigned.

                Sincerely,

                MARCOS DANIEL JIMENEZ
                UNITED STATES ATTORNEY

By: *[signature]*

                TINA CASH
                PARALEGAL SPECIALIST
                CRIMINAL DIVISION
                (305) 961-9173

cc:    Sulton John R. Stewart, El Bey
       601 N. 3rd Street
       Bayboro, NC 28515

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20137-CIV-LENARD
MAGISTRATE JUDGE P. A. WHITE

| | |
|---|---|
| JOHN R. STEWART, EL-BEY, : | |
| Movant, : | |
| v. : | REPORT OF MAGISTRATE JUDGE |
| SENATOR JOHN EDWARDS, : | |
| Respondent. : | |

John R. Stewart, El-Bey, currently confined in the Pamlico Correctional Institution in Bayboro, North Carolina, has filed a pro se pleading entitled "Motion: To Enforce Laws, Rights, Constitution, Articles, Amendments 'Under the Color Code of Law' Investigative Review." [DE #1]. Stewart claims that he contacted Senator John Edwards of North Carolina to inform him that he had information concerning the people who died in Florida in 2001 as a result of exposure to anthrax. Stewart further claims that Senator Edwards ignored his letters, and thus the Senator has conspired with terrorists. Stewart apparently seeks an Order from this Court directing Senator Edwards to "comply with laws of his office."

The plaintiff has paid the full filing fee.

Pursuant to 28 U.S.C. §1915A, this Court must review all civil complaints in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity. See In re: Prison Litigation Reform Act, 105 F.3d 1131, 1134 (6 Cir. 1997) (noting that "[d]istrict courts are required to screen [pursuant to section 1915A] all civil cases brought by prisoners, regardless of whether the inmate paid the full filing fee, is a pauper, is pro

*Brown, the Postal Service said the agency was*

CONTINUED FROM PAGE 1A

trace of anthrax found on a shrink-wrapped plastic cover on a pallet of stamps. The stamps had been shipped from a Washington, D.C., postal plant where two workers contracted a fatal anthrax infection.

"There continues to be no threat to the public or to any of the employees," Easley said.

Health officials said there is so little danger that even the nine postal employees who worked around the pallet do not have to be tested or treated for anthrax exposure. The vault room where the stamps are kept has been closed, but the 400,000-square-foot building — which includes a retail counter and rental mailboxes — remains open.

It is unlikely that the stamps were contaminated, officials said, but they will be tested after the plastic wrap is removed. The shipment of stamps in coils, sheets and books had been sealed before it passed through the Washington plant, officials said.

The U.S. Postal Service had not decided what to do with the stamps, which would have been distributed to post offices throughout the central and northern part of the state, spokesman Bill Brown said.

Easley's office announced the finding about midnight Thursday, a short time after receiving confirmation of a positive test from the Centers for Disease Control and Prevention in Atlanta.

A Wake County Health Department team went to the processing and distribution center on Westgate Road off U.S. 70 about 11 p.m. Thursday to talk to employees.

"We don't want to alarm anyone," Easley said. "We want to make certain we get all the facts out. No one is in danger, no one is in harm's way. But at the same time, we want the public to know what has transpired."

Dr. Leah Devlin, North Carolina's acting public health director, and Dr. Steve Cline, the state's chief epidemiologist, said the anthrax trace was discovered as part of the Postal Service's study of how the deadly bacteria move through the mail system.

This [...] Service began [...] ants, mostly along the East Coast, that receive shipments from the Brentwood [...] facility in Washington. Anthrax traces were found at 20 of those plants, but none was considered sufficient to close a building or treat workers with antibiotics.

North Carolina has two distribution centers that are downstream from Brentwood, in Charlotte and Raleigh. Testing in Charlotte uncovered no anthrax. Crews took 42 environmental tests in Raleigh on Nov. 8 and sent the samples to the state Public Health Lab.

The final test, a swab of three stamp pallets, produced a suspected positive sample in the state lab on Wednesday. Cline said the CDC confirmed the presence of anthrax late Thursday.

On Friday, crews sealed and decontaminated the area where the stamps had been. More environmental tests were conducted.

Two congressmen toured the northwest Raleigh plant last month, meeting with a small group of employees, and reported that the workers were concerned but realistic about the low risk of anthrax exposure. On Friday, the anxiety level had soared, even as managers held meetings with workers throughout the day to assuage their fears.

Several employees told reporters that most of their coworkers were concerned and not entirely convinced that management or public health officials fully know the dangers of anthrax. Joe Johnson, a maintenance worker from Raleigh, said he learned about the presence of anthrax shortly after he began his 5 a.m. shift. "I wanted to turn around and go home, but I can't," said Johnson, 40. "I've got a job to do."

Johnson said he wouldn't be surprised if anthrax were found elsewhere in the building. "They're saying there's not any danger, but I don't believe them," he said. "A lot of people are uneasy about it."

Dickerson, one of the mail handlers, said he was going to go to his doctor just to be sure he was OK.



Dr. Leah Devlin and Gov. Mike Easley say no one is in any danger from the trace of anthrax found in Raleigh.
STAFF PHOTO BY HARRY LYNCH

[...] and [...] the vault room [...] right [...] Brown said. "They [...] be cautious, and they [...] need to use common sense. We have been assured over and over again that this is not a threat to our employees' health."

Devlin defended the state's decision not to test the workers.

"Once you start doing intervention when you don't have a reason, where do you stop?" she asked. "We have many other health risks that we need to be concerned about in North Carolina and keep this in perspective."

The CDC reported Friday that there have been no new cases of bioterrorism-related anthrax since Nov. 7. In all, 22 people have contracted the disease.

At the post office attached to the distribution center, Kathleen Kohler of Raleigh was buying stamps Friday. She hadn't heard of the anthrax discovery and was surprised to learn about it.

"It's a little scary," said Kohler, 24, who works for Nortel. "You don't think it's going to happen in a city like Raleigh."

As she walked toward the counter, she made a resolution about the stamps she would buy. "I'm not going to get the lickable ones."

Staff writer Craig Jarvis can be reached at 829-4576 or cjarvis@newsobserver.com



T. MOSER/The News & Observer

PAGE 1

# Anthrax found in letter to Leahy

## Envelope had been quarantined

By KAREN GULLO
THE ASSOCIATED PRESS

WASHINGTON — Investigators have found an anthrax-tainted letter addressed to Democratic Sen. Patrick Leahy, the second bearing the deadly germ known to have been sent to Capitol Hill, the FBI said Friday.

The contaminated letter was postmarked from Trenton, N.J., as was the one sent to Majority Leader Tom Daschle, and contains similar handwriting, investigators said.

Four people, including two Washington postal workers, have died from inhaled anthrax from previously discovered letters. But until Friday, only one letter carrying the germ inside the envelope had been found in Washington.

Investigators have said for weeks that there may be another anthrax-tainted letter. They have been hunting through unopened mail that has been under quarantine since postal workers were diagnosed with inhaled anthrax.

FBI and U.S. Postal Service investigators examining sequestered congressional mail have another letter which appears to contain anthrax, the FBI said in a statement Friday night.

The letter ... Oct. 9 ... Trenton ... appears ... every respect to be similar to one other anthrax-laced letters," the FBI said. The letter was located in one of more than 250 barrels of unopened mail sent to Capitol Hill and held since the discovery of an anthrax letter to Daschle on Oct. 15, the FBI said.

A tainted letter was addressed to Leahy.

Hazardous materials experts began the process of sorting the quarantined congressional mail earlier this week at a facility in northern Virginia, the FBI said.

Further testing will be conducted in an effort to confirm the presence of anthrax and examine its contents to compare it with that found in the other letters, the FBI said.

Traces of anthrax have been found in about a dozen senators' offices in the Hart Senate office building across the street from the Capitol. That building remains closed for cleaning with chlorine dioxide gas.

Leahy's office is in a different building, but it's not clear where the letter was when mail deliveries to Congress ceased Oct. 15.

The most recent hot spots were in mail rooms at Howard University in Washington, in several more congressional offices and at the State Department's mail facility in Sterling, Va.

Three other letters with anthrax inside have been found, all of them bearing similarities. Letters to NBC News anchor Tom Brokaw and The New York Post appear to be photocopies. The third letter went to Daschle, D-S.D. All had block lettering and used the date style of 09-11-01.

Investigators believe anthrax in those three letters is the same Ames strain that is common to the United States. However, anthrax in the newspaper's letter was in a heavier, grainier state, and the material in Daschle's letter was light and buoyant.

The letter to Daschle contained about 2 grams of anthrax. If that were pure anthrax, one expert said that would amount to about 20 billion spores, or enough to sicken about 2 million people with the most deadly form of the disease.

At the State Department, spokesman Philip Reeker said a new mail facility was being set up in Fairfax County, Va. The one in Sterling, Va., was closed after a supervisor was hospitalized with anthrax. He recovered and was released.

All mail operations, including to and from U.S. diplomatic posts overseas, were suspended. But Reeker said they would resume soon.

---

BOTH OF THESE ARTICLES WERE PRIN[TED]
THE SAME DAY. AFTER.. I FILE MOTI[ON]
ON 11-14-2001 COULD HAVE PREVEN-
-ED LAST DEATH FROM ANTHRAX OF
MS. OTTILLIE LUNDGREN 97 YEARS
OLD..

PAGE 2