UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Sultan John R. Stewart, El-Bey, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1974 |
| ) | |
| Governor Mike Easley *et al.*, ) | |
| ) | |
| Defendants. ) | |

FILED
NOV 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## TRANSFER ORDER

This matter is before the Court on plaintiff's complaint, accompanied by an application to proceed *in forma pauperis*. Plaintiff is a state prisoner confined in Sanford, North Carolina. He sues North Carolina Governor Mike Easley, Attorney General Roy Cooper and Secretary of Corrections Theodis Beck for alleged racial discrimination in what appears to be decisions regarding his requests for investigations.

Because the complaint is based on acts or omissions by individuals in North Carolina, this venue is not proper for litigating plaintiff's claim. S*ee* 28 U.S.C. § 1391(b) (designating the proper venue under the circumstances presented as the location where the defendants reside or a substantial part of the events occurred). The Court finds it in the interests of justice and judicial economy to transfer the case to the judicial district where it could have been properly brought. Accordingly, it is this ___ day of November 2007,

ORDERED that, pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED to the United States District Court for the Middle District of North Carolina. The Clerk of this Court shall file and docket the complaint. Whether plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

United States District Judge