P.O. Box 2490
Sanford, N.C. 27330
11-13-07

Nancy Mayer Whittington
Clerk's Office
United States District Court
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

RE: Civil Action No., 07-1974

Greeting upon you, Ms. Whittington trusting all is well in mind and soul? I'm forwarding my account records for the last six months to be added to the above case. All your many efforts are greatly appreciate.

Sincerely,
Sullan John R Stuart, El-Bey

```
IBSR140 (60)              NORTH CAROLINA DEPARTMENT OF CORRECTION           11/06/07
                                 TRUST FUND ACCOUNT STATEMENT                14:36:01
                          FACILITY: 4360  - SANFORD CC                       PAGE    1
                                  FOR: 05/01/07 - 11/06/07

ACCT. NAME: STEWART, JOHN R.                                  ACCT#: 0390465
       BED: EDM- 012                                          TYPE: INMATE

           ENDING BALANCE 11/06/07   $         0.00  INCLUDES CANTEEN LIMIT OF $ 3.50
```

|  BATCH  |       |                 | REFERENCE    |      |     |         |          |
| DATE | NBR. | TYPE | NUMBER | FACL | +/- | AMOUNT | BALANCE |
|------|------|------|--------|------|-----|--------|---------|
| 11/06/07 | 004 | CASHLS CANTEEN-I | 00067 | 4360 | - | $   3.50 | $     0.00 |
| 11/05/07 | 016 | IJP PAYROLL      | 20071103IC01 | 4360 | + | $   3.50 | $     3.50 |
| 10/30/07 | 020 | CASHLS CANTEEN-I | 00181 | 4360 | - | $   0.06 | $     0.00 |
| 10/30/07 | 020 | CASHLS CANTEEN-I | 00180 | 4360 | - | $   1.09 | $     0.06 |
| 10/30/07 | 004 | CASHLS CANTEEN-I | 00104 | 4360 | - | $   2.36 | $     1.15 |
| 10/29/07 | 012 | IJP PAYROLL      | 20071027IC01 | 4360 | + | $   3.50 | $     3.51 |
| 10/23/07 | 005 | CASHLS CANTEEN-I | 00068 | 4360 | - | $   2.49 | $     0.01 |
| 10/22/07 | 018 | IJP PAYROLL      | 20071020IC01 | 4360 | + | $   1.40 | $     2.50 |
| 10/22/07 | 012 | CASHLS CANTEEN-I | 00188 | 4360 | - | $   3.59 | $     1.10 |
| 10/22/07 | 012 | CASHLS CANTEEN-I | 00166 | 4360 | - | $   4.28 | $     4.69 |
| 10/22/07 | 002 | CASHLS CANTEEN-I | 00111 | 4360 | - | $   1.15 | $     8.97 |
| 10/19/07 | 018 | CASHLS CANTEEN-I | 00152 | 4360 | - | $   2.58 | $    10.12 |
| 10/19/07 | 005 | CASHLS CANTEEN-I | 00066 | 4360 | - | $   0.54 | $    12.70 |
| 10/19/07 | 005 | CASHLS CANTEEN-I | 00059 | 4360 | - | $   1.54 | $    13.24 |
| 10/18/07 | 025 | CASHLS CANTEEN-I | 00094 | 4360 | - | $   0.42 | $    14.78 |
| 10/18/07 | 025 | CASHLS CANTEEN-I | 00093 | 4360 | - | $   5.05 | $    15.20 |
| 10/18/07 | 006 | CASHLS CANTEEN-I | 00034 | 4360 | - | $   5.80 | $    20.25 |
| 10/17/07 | 014 | CASHLS CANTEEN-I | 00293 | 4360 | - | $   2.51 | $    26.05 |
| 10/17/07 | 014 | CASHLS CANTEEN-I | 00224 | 4360 | - | $   4.44 | $    28.56 |
| 10/17/07 | 014 | CASHLS CANTEEN-I | 00223 | 4360 | - | $  17.04 | $    33.00 |
| 10/17/07 | 009 | MONEY ORDER DEP. | 11812593418 | 4360 | + | $  50.00 | $    50.04 |
| 09/25/07 | 004 | CASHLS CANTEEN-I | 00088 | 4360 | - | $   1.38 | $     0.04 |
| 09/24/07 | 002 | CASHLS CANTEEN-I | 00125 | 4360 | - | $   3.50 | $     1.42 |
| 09/24/07 | 002 | CASHLS CANTEEN-I | 00093 | 4360 | - | $   5.14 | $     4.92 |
| 09/21/07 | 004 | CASHLS CANTEEN-I | 00064 | 4360 | - | $   6.60 | $    10.06 |
| 09/20/07 | 027 | CASHLS CANTEEN-I | 00197 | 4360 | - | $   1.90 | $    16.66 |
| 09/20/07 | 007 | CASHLS CANTEEN-I | 00037 | 4360 | - | $   3.67 | $    18.56 |
| 09/19/07 | 016 | CASHLS CANTEEN-I | 00189 | 4360 | - | $   1.57 | $    22.23 |
| 09/19/07 | 016 | CASHLS CANTEEN-I | 00154 | 4360 | - | $   5.13 | $    23.80 |
| 09/18/07 | 021 | CASHLS CANTEEN-I | 00288 | 4360 | - | $   1.96 | $    28.93 |
| 09/18/07 | 004 | CASHLS CANTEEN-I | 00159 | 4360 | - | $   5.72 | $    30.89 |
| 09/18/07 | 004 | CASHLS CANTEEN-I | 00066 | 4360 | - | $   6.08 | $    36.61 |
| 09/17/07 | 029 | CASHLS CANTEEN-I | 00135 | 4360 | - | $   7.33 | $    42.69 |
| 09/17/07 | 023 | MONEY ORDER DEP. | 63723069 | 4360 | + | $  50.00 | $    50.02 |
| 09/14/07 | 005 | TRANSFER IN      |          | 4360 | + | $   0.02 | $     0.02 |
| 09/14/07 | 006 | TRANSFER OUT     |          | 3400 | - | $   0.02 | $     0.00 |
| 09/11/07 | 009 | CASHLS CANTEEN-I | 00171 | 3400 | - | $   0.41 | $     0.02 |
| 09/10/07 | 005 | CASHLS CANTEEN-I | 00185 | 3400 | - | $   4.82 | $     0.43 |
| 09/10/07 | 005 | CASHLS CANTEEN-I | 00142 | 3400 | - | $   4.96 | $     5.25 |
| 09/10/07 | 005 | CASHLS CANTEEN-I | 00092 | 3400 | - | $   1.38 | $    10.21 |
| 09/10/07 | 005 | CASHLS CANTEEN-I | 00090 | 3400 | - | $  13.43 | $    11.59 |
| 09/10/07 | 010 | MONEY ORDER DEP. | 100606224279 | 3400 | + | $  25.00 | $    25.02 |
| 08/27/07 | 019 | CASHLS CANTEEN-I | 00326 | 3400 | - | $   0.82 | $     0.02 |
| 08/27/07 | 005 | CASHLS CANTEEN-I | 00168 | 3400 | - | $   9.27 | $     0.84 |
| 08/25/07 | 005 | CASHLS CANTEEN-I | 00105 | 3400 | - | $   0.26 | $    10.11 |
| 08/23/07 | 058 | CASHLS CANTEEN-I | 00468 | 3400 | - | $   0.71 | $    10.37 |
| 08/23/07 | 020 | CASHLS CANTEEN-I | 00177 | 3400 | - | $   4.58 | $    11.08 |

```
                    NORTH CAROLINA DEPARTMENT OF CORRECTION           11/06/07
IBSR140 (60)             TRUST FUND ACCOUNT STATEMENT                 14:36:01
                     FACILITY: 4360  - SANFORD CC                     PAGE    2
                       FOR: 05/01/07 - 11/06/07

ACCT. NAME: STEWART, JOHN R.                              ACCT#: 0390465
      BED: EDM- 012                                        TYPE: INMATE

        ENDING BALANCE 11/06/07  $        0.00  INCLUDES CANTEEN LIMIT OF $ 3.50

          BATCH                    REFERENCE
 DATE     NBR.      TYPE            NUMBER      FACL   +/-   AMOUNT        BALANCE
 ----     ----      ----            ------      ----   ---   ------        -------
08/22/07  010   CASHLS CANTEEN-I    00166       3400   - $     2.59    $     15.66
08/21/07  045   CASHLS CANTEEN-I    00453       3400   - $     3.27    $     18.25
08/21/07  024   CASHLS CANTEEN-I    00401       3400   - $     1.84    $     21.52
08/20/07  033   CASHLS CANTEEN-I    00444       3400   - $     3.92    $     23.36
08/20/07  024   CASHLS CANTEEN-I    00269       3400   - $     7.38    $     27.28
08/20/07  024   CASHLS CANTEEN-I    00266       3400   - $    15.39    $     34.66
08/20/07  017   MONEY ORDER DEP.    63723031    3400   + $    50.00    $     50.05
07/31/07  011   CASHLS CANTEEN-I    00139       3400   - $     1.33    $      0.05
07/30/07  033   CASHLS CANTEEN-I    00284       3400   - $     1.66    $      1.38
07/30/07  014   CASHLS CANTEEN-I    00127       3400   - $     7.12    $      3.04
07/28/07  006   CASHLS CANTEEN-I    00086       3400   - $     0.18    $     10.16
07/26/07  031   CASHLS CANTEEN-I    00323       3400   - $     0.26    $     10.34
07/24/07  059   CASHLS CANTEEN-I    00445       3400   - $     5.41    $     10.60
07/24/07  031   CASHLS CANTEEN-I    00245       3400   - $     4.39    $     16.01
07/24/07  031   CASHLS CANTEEN-I    00208       3400   - $    10.94    $     20.40
07/23/07  029   CASHLS CANTEEN-I    00471       3400   - $     4.50    $     31.34
07/23/07  029   CASHLS CANTEEN-I    00418       3400   - $     5.89    $     35.84
07/23/07  029   CASHLS CANTEEN-I    00409       3400   - $     8.40    $     41.73
07/23/07  020   MONEY ORDER DEP.    63535978    3400   + $    50.00    $     50.13
07/19/07  039   CASHLS CANTEEN-I    00199       3400   - $    39.87    $      0.13
06/28/07  010   DRAW FORWARDED      CASH        3400   + $     0.10    $     40.00
06/27/07  007   SHOE PUR. REFUND    SHOE REFUND 3400   + $    39.90    $     39.90
06/26/07  012   WEEKLY DRAW         340021441   3400   - $     0.10    $      0.00
06/19/07  017   WEEKLY DRAW         340021430   3400   - $    40.00    $      0.10
06/19/07  006   TENNIS SHOE PUR.    10.5   REG. 3400   - $    39.90    $     40.10
06/18/07  006   MONEY ORDER DEP.    63535933    3400   + $    80.00    $     80.00
05/29/07  020   WEEKLY DRAW         340021385   3400   - $    10.00    $      0.00
05/22/07  006   WEEKLY DRAW         340021377   3400   - $    40.00    $     10.00
05/21/07  004   MONEY ORDER DEP.    63535885    3400   + $    50.00    $     50.00
05/01/07  028   WEEKLY DRAW         340021337   3400   - $    10.00    $      0.00

                                       BEGINNING BALANCE 05/01/07  $     10.00
```

THIS STATEMENT SHOWS DEPOSITS AND WITHDRAWALS THAT OCCURRED
BETWEEN 05/01/2007 AT 01:01:01 AND 11/06/2007 AT 14:36:01.

ENDING BALANCE IS THE BALANCE AS OF TUESDAY,   NOVEMBER  6, 2007 AT 14:36:01.